[*Counsel Listed on Signature Block*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>　　　Plaintiff,<br><br>v.<br><br>DELL, INC., *et al.*,<br>　　　Defendants. | Case No. 5:14-cv-01259-PSG |
| ADAPTIX, Inc.,<br>　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br>　　　Defendants. | Case No. 5:14-cv-01379-PSG |
| ADAPTIX, Inc.,<br>　　　Plaintiff,<br><br>v.<br><br>SONY MOBILE COMMUNICATIONS, INC., *et al.*,<br>　　　Defendants. | Case No. 5:14-cv-01385-PSG |
| ADAPTIX, Inc.,<br>　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC. and AT&T MOBILITY LLC, *et al.*,<br>　　　Defendants. | Case No.: 5:13-cv-02359-PSG |
| ADAPTIX, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, HTC AMERICA, INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>　　　Defendants. | Case No.: 5:13-cv-02360-PSG |

06084114 MOTION BY ADAPTIX, INC. FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

| | |
|---|---|
| ADAPTIX, INC., <br>    Plaintiff, <br><br> v. <br><br> KYOCERA COMMUNICATIONS, INC., <br> and SPRINT SPECTRUM LP, <br>    Defendants. | Case No.: 5:14-cv-02894-PSG |
| ADAPTIX, INC., <br>    Plaintiff, <br><br> v. <br><br> KYOCERA COMMUNICATIONS, INC., <br> and CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, <br>    Defendants. | Case No.: 5:14-cv-02895-PSG |
| ADAPTIX, Inc., <br>    Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, and AT&T MOBILITY LLC, et al., <br>    Defendants. | Case No. 5:14-cv-03112 PSG |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE

Adaptix, Inc. ("Adaptix") has filed the parties' Unopposed Motion for Extension of Time to File. The Court finds that Adaptix has good cause to request such relief.

The Court HEREBY ORDERS that the Unopposed Motion for Extension of Time to File is GRANTED. Accordingly, the teleconference previously scheduled for February 5, 2015 at 10:00 a.m is now re-scheduled to February 20, 2015 at 1:30 p.m. Pacific.

DATED:   January 27, 2015

*Paul S. Grewal* (signature)

HON. Paul S. Grewal
United States Magistrate Judge