[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *[All Four Referenced Cases Are Titled With The Same First-Named Parties]* | *[Filed In Case No. 5:13-cv-01774-PSG Per Civil L.R. 3-12(b)]* |
| Adaptix, Inc., | Case No. 5:15-cv-00165-PSG<br>Case No. 5:15-cv-00166-PSG |
| Plaintiff, | Case No. 5:15-cv-00167-PSG<br>Case No. 5:15-cv-00168-PSG |
| v. | **STIPULATION AND [PROPOSED] ORDER THAT CASES BE RELATED** |
| ZTE Corporation *et al.*, | |
| Defendants. | [Civil Local Rule 3-12]<br><br>Honorable Paul Singh Grewal<br>United States Magistrate Judge<br>Presiding in Case No. 5:13-cv-01774-PSG |

## STIPULATION

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

WHEREAS, the parties to the certain four cases recently transferred to the Northern District of California that are all short-titled *Adaptix, Inc. v. ZTE Corporation et al.* and that currently bear the Case Numbers 5:15-cv-00165-PSG, 5:15-cv-00166-PSG, 5:15-cv-00167-PSG, and 5:15-cv-00168-PSG (collectively, the "Proposed Related Cases") filed a "Joint Administrative Motion To Consider Cases Related" dated January 26, 2015 ("Motion")[1];

---

[1] At the time the Motion was filed, the Proposed Related Cases bore the Case Numbers 3:15-cv-00165-JSC, 3:15-cv-00166-EDL, 5:15-cv-00167-PSG, and 3:15-cv-00168-JCS, respectively.

WHEREAS, it was and remains the intent of the parties that the Proposed Related Cases should be related to each other and to the following Northern District of California cases that either were or remain pending before the Honorable Paul Singh Grewal in accordance with the provisions of Civil Local Rule 3-12:  Case Numbers 5:13-cv-01774-PSG (*Adaptix v. Motorola*), 5:13-cv-01776-PSG (*Adaptix v. Cellco*), 5:13-cv-01777-PSG (*Adaptix v. Apple*), 5:13-cv-01778-PSG (*Adaptix v. AT&T*), 5:13-cv-01844-PSG (*Adaptix v. Cellco*), 5:13-cv-02023-PSG (*Adaptix v. Apple*), 5:14-cv-01259-PSG (*Adaptix v. Dell*), 5:14-cv-01379-PSG (*Adaptix v. Amazon*), 5:14-cv-01380-PSG (*Adaptix v. Blackberry*), 5:14-cv-01385-PSG (*Adaptix v. Sony*), 5:14-cv-01386-PSG (*Adaptix v. Blackberry*), 5:14-cv-01387-PSG (*Adaptix v. Blackberry*), 5:14-cv-02359-PSG (*Adaptix v. HTC*), 5:14-cv-02360-PSG (*Adaptix v. HTC*), 5:14-cv-02894-PSG (*Adaptix v. Kyocera*), 5:14-cv-02895-PSG (*Adaptix v. Kyocera*), and 5:14-cv-03112-PSG (*Adaptix v. ASUSTek*) (collectively, the "Current Related Cases");

WHEREAS, counsel for all parties to the Proposed Related Cases have been informed that the Court is prepared to relate the Proposed Related Cases to each other and to the Current Related Cases in accordance with Civil Local Rule 3-12, but have been requested to submit a stipulation that corrects certain aspects of the parties' prior Motion; and

WHEREAS the parties hereby confirm their mutual understandings and representations that:  (1) the Proposed Related Cases and the Current Related Cases all involve the same two patents (U.S. Patent No. 7,454,212 and U.S. Patent No. 6,947,748) asserted by the same plaintiff (Adaptix, Inc.), although the cases name various different defendants or groupings of defendants that are accused of alleged infringement of the two prior-mentioned patents in connection with their respective alleged activities relating to the alleged making, using, offering for sale, and/or selling of certain mobile communications devices; (2) discovery, motion practice, and hearings in the Proposed Related Cases and the Current Related Cases are likely to concern many of the same issues; (3) separate trials are appropriate in each of the Proposed Related Cases, however, for purposes of pretrial case management, proceeding with separate cases before different Judges

would cause an unduly burdensome duplication of labor and expenses and risk conflicting results[2]; (4) all parties to the Proposed Related Cases have consented to the Honorable Paul Singh Grewal having jurisdiction over said cases in accordance with the provisions of 28 U.S.C. § 636(c); and (5) the Proposed Related Cases therefore meet the criteria for being related to the Current Related Cases under Civil L.R. 3-12;

NOW, THEREFORE, it is hereby stipulated and agreed by the parties to the Proposed Related Cases, through their counsel, that the Proposed Related Cases be related to each other and to the Current Related Cases in accordance with Civil Local Rule 3-12.

IT IS SO STIPULATED.

---

[2] Anticipating upcoming events, counsel for the parties to the Proposed Related Cases note their understanding that the typical procedure upon relating the cases will be for the Court to enter a case management order setting a Case Management Conference ("CMC") and deadlines for related pre-CMC obligations, and, having reviewed in advance their respective schedules, respectfully request that any such CMC be set for a date that is within or after the week of March 9, 2015 to facilitate the ability of the parties to handle their pre-CMC obligations and meaningfully participate in the CMC.  The parties further note that a Joint Motion for Extension of Time to File Case Management Statement was filed in the -167 case to accommodate the parties request that the CMC for the above-captioned cases occur within or after the week of March 9, 2015.

-3-

| | |
|---|---|
| Dated: February 9, 2015 | Respectfully submitted, |
| | By: _____/s/ Daniel McGonagle_____ |

        Paul J. Hayes (*pro hac vice* to be filed)
        Kevin Gannon (*pro hac vice* to be filed)
        Michael J. Ercolini (*pro hac vice* to be filed)
        Daniel McGonagle (*pro hac vice* to be filed)
        HAYES MESSINA GILMAN HAYES, LLC
        200 State Street, 6th Floor
        Boston, MA 02109
        phayes@hayesmessina.com
        kgannon@hayesmessina.com
        mercolini@hayesmessina.com
        dmcgonagle@hayesmessina.com
        Telephone: (617) 439-4200
        Facsimile: (617) 443-1999

        Christopher D. Banys
        Richard C Lin
        Jennifer L. Gilbert
        Banys, P.C.
        1032 Elwell Court, Suite 100
        Palo Alto, CA 04303
        cdb@banyspc.com
        rcl@banyspc.com
        jlg@banyspc.com
        Telephone: (650) 308-8505
        Facsimile: (650) 353-2202

        **Counsel for Plaintiff Adaptix, Inc.**
        **[All Proposed Related Cases]**

Dated:  February 9, 2015              Respectfully submitted,

By: _____/s/ IngeLarish_____

Inge Larish
California State Bar No. 276720
inge.larish@pillsburylaw.com
Steven A. Moore
California Bar No. 232114
steve.moore@pillsburylaw.com
Callie A. Bjurstrom
California Bar No. 137816
callie.bjurstrom@pillsburylaw.com
Nicole S. Cunningham
California Bar No. 234390
nicole.cunningham@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

**Counsel for Defendant ZTE USA, Inc.
[All Proposed Related Cases]**

Dated:  February 9, 2015          Respectfully submitted,


By: _____/s/ Nathaniel Bruno_____

Mark W. McGrory (*pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Tel: (816) 471-7700
Fax: (816) 471-2221
MarkM@rhgm.com

Nathaniel Bruno (Cal. Bar No. 228118)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Tel.: (415) 434-9100
Fax: (415) 434-3947
nbruno@sheppardmullin.com

**Counsel for Defendant Boost Mobile, LLC**
**[Case No. 3:15-cv-00165-JSC] and**
**Counsel for Defendant Sprint Spectrum L.P.**
**[Case No. 3:15-cv-00166-EDL]**

| | | |
|---|---|---|
| 1 | Dated: February 9, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | By: _____/s/ James C. Williams_____ |
| 4 | | Douglas M. Kubehl (*pro hac vice*) |
| | | James C. Williams (*pro hac vice*) |
| 5 | | Morgan E. Grissum (*pro hac vice*) |
| 6 | | BAKER BOTTS L.L.P. |
| | | 2001 Ross Avenue |
| 7 | | Dallas, Texas 75201 |
| | | Telephone: (214) 953-6500 |
| 8 | | doug.kubehl@bakerbotts.com |
| | | james.williams@bakerbotts.com |
| 9 | | morgan.grissum@bakerbotts.com |
| 10 | | Jon V. Swenson |
| 11 | | BAKER BOTTS L.L.P. |
| | | 1001 Page Mill Road |
| 12 | | Building One, Suite 200 |
| | | Palo Alto, CA 94304 |
| 13 | | Telephone: (650) 739-7500 |
| | | jon.swenson@bakerbotts.com |
| 14 | | |
| 15 | | **Counsel for Defendant T-Mobile USA, Inc.** |
| | | **[Case No. 5:15-00167-PSG]** |

-7-

**E-FILING ATTESTATION**

As the attorney e-filing this document, I attest that all counsel whose electronic signatures appear above have concurred in the filing of this document.

Dated: February 9, 2015          Respectfully submitted,

By    /s/ Nathaniel Bruno

Mark W. McGrory (*pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Tel: (816) 471-7700
Fax: (816) 471-2221
MarkM@rhgm.com

Nathaniel Bruno (Cal. Bar No. 228118)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Tel.: (415) 434-9100
Fax: (415) 434-3947
nbruno@sheppardmullin.com

**Counsel for Defendant Boost Mobile, LLC
[Case No. 3:15-cv-00165-JSC] and
Counsel for Defendant Sprint Spectrum L.P.
[Case No. 3:15-cv-00166-EDL]**

-8-

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 10, 2015

_____
Honorable Paul Singh Grewal
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that, on February 9, 2015, I caused a copy of the foregoing document to be served via U.S. Mail on the following recipients:

**Paul J. Hayes**
**Kevin Gannon**
**Michael J. Ercolini**
Hayes, Messina, Gilman & Hayes LLC
200 State Street
6th Floor
Boston, MA 02109
617-439-4200
Fax: 617-443-1999
Email: phayes@hayesmessina.com

[Counsel for Adaptix, Inc.]

**Christopher D. Banys**
Banys, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
650-308-8505
Fax: 650-322-9103
Email: cdb@banyspc.com

[Counsel for Adaptix, Inc.]

**David S. Bloch**
Winston & Strawn
101 California Street
San Francisco, CA 94111-5802
415-591-1452
Fax: 415-591-1400
Email: dbloch@winston.com

[Counsel for Motorola Mobility LLC in Case No. 5:13-cv-01774-PSG]

**Cortney Cilenn Hoecherl**
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6127
Email: Cortney.Hoecherl@wilmerhale.com

[Counsel for Cellco Partnership in Case Nos. 5:13-cv-01774-PSG, 5:13-cv-01776-PSG, 5:13-cv-01844-PSG, 5:14-cv-01259-PSG, 5:14-cv-01387-PSG, 5:14-cv-01360-PSG, and 5:14-cv-02894-PSG]

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

[Counsel for Apple, Inc. in Case Nos. 5:13-cv-01776-PSG, 5:13-cv-01777-PSG, and 5:13-cv-02023-PSG]

**Douglas Kubehl**
Baker Botts L.L.P.
Suite 600
2001 Ross Avenue
Dallas, TX 75201
214-953-6486
Email: doug.kubehl@bakerbotts.com

[Counsel for AT&T Mobility LLC in Case No. 5:13-cv-01777-PSG and Case No. 5:13-cv-02023-PSG; Counsel for T-Mobile USA, Inc., MetroPCS Communications, Inc., and MetroPCS Wireless Inc. in Case No. 5:14-cv-1386-PSG; Counsel for T-Mobile USA, Inc. in Case No. 3:15-cv-00167-PSG]

| | |
|---|---|
| 1 | **Danielle C. Ginty** |
| | Akin Gump Strauss Hauer Feld LLP |
| 2 | 580 California Street, Suite 1500 |
| | San Francisco, CA 94104 |
| 3 | 415-765-9500 |
| 4 | Email: dginty@akingump.com |
| 5 | [Counsel for AT&T Mobility LLC, HTC Corporation, and HTC America, Inc. in Case Nos. 5:13-cv-01778-PSG, 5:13-cv-01844-PSG, 5:14-cv-01379-PSG, and 5:14-cv-02359-PSG; Counsel for HTC Corporation, and HTC America, Inc. in Case No. 5:14-cv-01360-PSG] |
| 6 | |
| 7 | |
| 8 | **Kimball R Anderson** |
| | Winston & Strawn - Chicago |
| 9 | 35 W Wacker Dr |
| | Chicago, IL 60601 |
| 10 | 312/558-5858 |
| | Fax: 312/558-5700 |
| 11 | Email: kanderson@winston.com |
| 12 | |
| | [Counsel for Dell, Inc. in Case No. 5:14-cv-01259-PSG] |
| 13 | |
| 14 | **Robert T. Cruzen** |
| 15 | Klarquist Sparkman, LLP |
| | 121 SW Salmon St. |
| 16 | Suite 1600 |
| | Portland, OR 97204 |
| 17 | 503-595-5300 |
| | Fax: 503-595-5301 |
| 18 | Email: rob.cruzen@klarquist.com |
| 19 | |
| | [Counsel for Amazon.com, Inc. in Case No. 5:14-cv-01379-PSG] |

-12-

| | |
|---|---|
| 1 | **James Collin Williams** |
| | Baker Botts L.L.P. |
| 2 | 2001 Ross Avenue |
| | Suite 600 |
| 3 | Dallas, TX 75201 |
| 4 | 214-953-6789 |
| | Fax: 214-661-4789 |
| 5 | Email: james.williams@bakerbotts.com |
| 6 | [Counsel for Blackberry Limited and Blackberry Corporation in Case No. 5:14-cv-01380-PSG and Case No. 5:14-cv-1386-PSG] |
| 7 | |
| 8 | |
| 9 | **Kurt Max Pankratz** |
| | Baker Botts LLP |
| 10 | 2001 Ross Avenue |
| | Dallas, TX 75201-2980 |
| 11 | 214-953-6500 |
| | Email: kurt.pankratz@bakerbotts.com |
| 12 | |
| 13 | [Counsel for AT&T Mobility LLC in Case No. 5:14-cv-01380-PSG; Counsel for BlackBerry Limited and BlackBerry Corporation in Case No. 5:14-cv-01387-PSG] |
| 14 | |
| 15 | **Benjamin Jack Setnick** |
| | Andrews Kurth LLP |
| 16 | 1717 Main St |
| | Ste 3700 |
| 17 | Dallas, TX 75201 |
| 18 | (214) 659-4737 |
| | Fax: (214) 659-4401 |
| 19 | Email: bensetnick@andrewskurth.com |
| 20 | [Counsel for Sony Mobile Communications (U.SA.), Inc. in Case No. 5:14-cv-1385-PSG] |

-13-

Filed in Case No. 5:13-cv-1774-PSG, regarding Case Nos. 15-165, 15-166, 15-167, and 15-168

STIPULATION AND [~~PROPOSED~~] ORDER THAT CASES BE RELATED

1 **David Raymond Ongaro**
Thompson & Knight LLP
2 650 California Street
Fifth Floor
3 San Francisco, CA 94108
415-433-3900
4 Fax: 415-433-3950
Email: david.ongaro@tklaw.com
5

6 [Counsel for AT&T Mobility LLC in Case No. 5:14-cv-1385-PSG]

7

8 **David Eiseman, IV**
Quinn Emanuel Urquhart & Sullivan
9 50 California Street
22nd Floor
10 San Francisco, CA 94111
415-875-6600
11 Fax: 415-875-6700
Email: davideiseman@quinnemanuel.com
12

13 [Counsel for Kyocera Communications, Inc. in Case No. 5:14-cv-02894-PSG and Case No. 5:14-cv-02895-PSG]
14

15
**Mark William McGrory**
16 Rouse Hendricks German May PC
1010 Walnut, Suite 400
17 Kansas City, MO 64106
816-471-7700
18 Fax: 816-471-2221
Email: markm@rhgm.com
19 [Counsel for Sprint Spectrum L.P. in Case Nos. 5:14-cv-02894-PSG and 3:15-cv-00166-EDL;
20 Counsel for Boost Mobile, LLC in Case No. 3:15-cv-00165-JSC]

21

22

23

24

25

26

27

28

-14-

**Vidya Ratna Bhakar**
Singularity LLP
275 Shoreline Drive, Suite 520
Redwood Shores, CA 94065
650-720-4650
Fax: 650-720-4662
Email: vbhakar@ipsingularity.com

[Counsel for ASUSTek, ASUS Computer International, and AT&T Mobility LLC in Case No. 5:14-cv-03112-PSG]

**Inge Larish**
inge.larish@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

[Counsel for Defendant ZTE USA, Inc. in Case Nos. 3:15-cv-00165-JSC, 3:15-cv-00166-EDL, 3:15-cv-00167-PSG, and 3:15-cv-00168-JCS]

Dated:  February 9, 2015

                                                     */s/ Nathaniel Bruno*
                                                     Nathaniel Bruno