**[*COUNSEL LISTED AT SIGNATURE BLOCK*]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br>      Plaintiff,<br>v.<br><br>DELL, INC., *et al.*,<br>      Defendants. | Case No. 5:14-cv-01259-PSG<br><br>STIPULATION OF DISMISSAL OF UNITED STATES PATENT NO. 6,947,748 PURSUANT TO FED. R. CIV. P. 41(A)(1) |
| ADAPTIX, INC.,<br>      Plaintiff,<br>v.<br><br>DELL INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and JOHN DOE NOS. 1-10,<br>      Defendants. | Case No. 5:15-cv-00971-PSG<br><br>STIPULATION OF DISMISSAL OF UNITED STATES PATENT NO. 6,947,748 PURSUANT TO FED. R. CIV. P. 41(A)(1) |

Plaintiff Adaptix, Inc., and Defendant Dell Inc., stipulate to the dismissal with prejudice of all claims and counterclaims regarding U.S. Patent No. 6,947,748 including infringement, invalidity, and unenforceability that were brought or could have been brought in either of the above captioned cases pursuant to Fed. R. Civ. P. 41(a)(1). Each party to bear its own attorney's fees and costs related solely to the claims and counterclaims based on U.S. Patent No. 6,947,748.

Dated:  June 4, 2015                           */s/  Kathleen B. Barry*

Kimball R. Anderson (appearance *pro hac vice*)
Kathleen B. Barry (appearance *pro hac vice*)
Ryan M. Dunigan (appearance *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
kanderson@winston.com

Jennifer Golinveaux (SBN: 203056)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:  (415) 591-1506
Facsimile:  (415) 591-1400
JGolinveaux@winston.com

*Attorneys for Defendant Dell Inc.*


/s/  *Paul J. Hayes*
Paul J. Hayes
James J. Foster
Michael J. Ercolini (*pro hac vice*)
HAYES MESSINA GILMAN & HAYES
200 State Street, 6th Floor, Boston MA  02109
617.345.6900
phayes@hayesmessina.com
jfoster@hayesmessina.com
mercolini@hayesmessina.com
*Attorneys for Plaintiff Adaptix, Inc.*

| CASE NOS. 5:14-CV-1259 AND 5:15-CV-00971-PSG | 2 | STIPULATION REGARDING VOLUNTARY DISMISSAL OF UNITED STATES PATENT NO. 6,947,748 |
|---|---|---|

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), Kathleen B. Barry attests that concurrence in the filing of this document has been obtained from each of the Signatories listed above.

Dated:  June 4, 2015               */s/ Kathleen B. Barry*
                                                        Kathleen B. Barry

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on June 4, 2015.

Dated: June 4, 2015    */s/ Kathleen B. Barry*
　　　　　　　　　　　　　　Kathleen B. Barry